UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| JOSE ALFARO, Plaintiff | CIVIL ACTION |
|---|---|
| VERSUS | NO. 18-6636 |
| DARREL VANNOY, WARDEN, Defendant | SECTION: "E" (4) |

# ORDER

Before the Court is Petitioner Jose Alfaro's Petition for Writ of Habeas Corpus complaint pursuant to 28 U.S.C. § 2254.[1] On September 24, 2018, Respondent Darrel Vannoy filed a response to the petition.[2] This matter was referred to the United States Magistrate Judge, who issued a Report and Recommendation on January 31, 2019.[3] The period for objections ended on February 14, 2019, with no objections filed. The Court, having considered the petition, the record, the applicable law, the Report and Recommendation of the United States Magistrate Judge[4], and the failure of any party to file any objection to the Magistrate Judge's Report and Recommendation, hereby approves the Report and Recommendation[5] of the United States Magistrate Judge and adopts it as its opinion in this matter.

Accordingly;

---

[1] R. Doc. 2.
[2] R. Doc. 18.
[3] R. Doc. 26.
[4] R. Doc. 12.
[5] *Id.*

1

**IT IS ORDERED** that Petitioner Darrel Vannoy's application for habeas corpus relief be and hereby is **DISMISSED WITH PREJUDICE** for failure to exhaust state court review.

**New Orleans, Louisiana, this 7th day of March, 2019.**

_____
**SUSIE MORGAN**
**UNITED STATES DISTRICT JUDGE**